UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:

ESTRELLA and JAMES KINCAID,

        NO. CIV. S-06-1683 LKK

    Debtors.

<u>O R D E R</u>

_____/

    On July 31, 2006, appellants Estrella Kincaid and James Kincaid filed a notice of bankruptcy appeal. On November 8, 2006, this court ordered appellants to show cause within 15 days why this case should not be dismissed for failure to perfect the record. On November 27, 2006, appellants responded that they did not file the record because they were waiting for this court's decision regarding the "Emergency Motion to Reopen Appeal," filed November 3, 2006 in a separate case, which they claim will moot the instant appeal. The response also included a designation of record and statement of issues but did not include the reporter's transcript or notice regarding transcript.

    The court's order on the November 3, 2006 motion was issued on November 6, 2006. The docket also indicates that the order was

1

1  served on appellants by mail the same day. Accordingly, the
2  instant appeal is not moot. Nevertheless, the record as it stands
3  is still incomplete, and appellants are hereby granted 15 days to
4  perfect the record.
5      IT IS SO ORDERED.
6      DATED: December 1, 2006.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2