UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:

ESTRELLA and JAMES KINCAID,

        NO. CIV. S-06-1683 LKK

    Debtors.

O R D E R

_____/

    On December 1, 2006, the court granted appellants 15 days to perfect the record for their bankruptcy appeal by filing a reporter's transcript or notice regarding transcript. Appellants have informed the court that they have been unable to do so because the reporters are on vacation.

    Accordingly, the court hereby ORDERS that appellants must perfect the record by January 15, 2007.

    IT IS SO ORDERED.

    DATED: December 19, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1