UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:

ESTRELLA and JAMES KINCAID,

                                 NO. CIV. S-06-1683 LKK

    Debtors.

                                   O R D E R

_____/

    On November 8, 2006, this court ordered appellants to show cause why their appeal should not be dismissed for failure to perfect the record. After appellants' response, the court granted appellants an extra fifteen days to perfect the record. Appellants requested additional time, which the court granted on December 19, 2006. In that order, the court instructed that appellants were to perfect the record by January 15, 2007.

    Despite repeated extensions of time, appellants still have not perfected the record. Accordingly, the court orders that this action is hereby DISMISSED for failure to perfect the appeal. The clerk is ordered to close the case.

    IT IS SO ORDERED.

    DATED: January 24, 2007.

                                                      LAWRENCE K. KARLTON
                                               1  SENIOR JUDGE
                                                   UNITED STATES DISTRICT COURT